No. 574. KFAB BROADCASTING CO. *v.* SORENSEN. ▮ Jurisdictional statement submitted November 18, 1933. Decided De-

cember 4, 1933. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it. *Cleveland* v. *Chamberlain,* 1 Black 419, 425, 426; *East Tennessee, V. & G. R. Co.* v. *Southern Telegraph Co.,* 125 U.S. 695; *Mills* v. *Green,* 159 U.S. 651, 654; *Love* v. *Griffith,* 266 U.S. 32; *Live Oak Water Users Assn.* v. *Railroad Commission,* 269 U.S. 354, 359; *Gerard Trust Co.* v. *Ocean & Lake Realty Co.,* 286 U.S. 523; *Wagner* v. *Leenhouts,* 287 U.S. 571; *Real Estate Land Title & Trust Co.* v. *Springfield,* 287 U.S. 577. *Mr. Maxwell V. Beghtol* for appellant. No appearance for appellee.